IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH TAUBMAN,

    Petitioner,                    No. CIV S-03-2207 MCE KJM P

    vs.

MICHAEL YARBOROUGH,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus under 28 U.S.C. § 2254, has requested this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within ten days, whether they have any objection to the dismissal of this action. Should respondents fail to respond, petitioner's request will be granted as provided by Fed. R. Civ. P. 41(a). <u>See</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: July 24, 2006.

                                             UNITED STATES MAGISTRATE JUDGE

/mp
taub2207.159a